Breyer's Estate

68

75

*John G. Kaufman*, for exceptants; *Gilfillan, Gilpin & Brehman*, contra.

HENDERSON, J., December 5, 1934.—Nothing can be profitably added to the adjudication, which thoroughly and at length discusses the questions involved. The exceptions are dismissed, and the adjudication is confirmed absolutely.